

The following constitutes
the order of the court. Signed March 1, 2012

_____
Charles Novack
U.S. Bankruptcy Judge

1 William C. Dresser #104375
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:   408\279-7529
Fax:  408\298-3306

Attorneys for Creditor
Saeed Fazeli individually and as tr.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re: Michael J. Schneider,<br><br>    Debtor<br>_____/<br>Saeed Fazeli,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael J. Schneider,<br><br>    Defendant.<br>_____/ | No:   06-50441 CN<br><br>Chapter 7<br><br>A.P. No.  09-5109<br><br>Judgment<br><br>Date:   August 15, 2011<br>Time:   10:00 a.m.<br>Crtrm:   3070<br><br>Honorable Judge Charles Novack |

    A trial on the adversarial complaint of Saeed Fazeli in adversarial proceeding No. 09-5109 was held on August 15, 2011 before the Honorable Judge Charles Novack.

    Mark K. Oto specially appeared on behalf of Saeed Fazeli, who was also present.

    There was no appearance by or on behalf of defendant Michael J. Schneider.

    The Court, reviewed the pleadings including the Complaint and including the Scheduling Order, received both testimony and documentary evidence presented at the hearing, and concluded the trial.

    The findings of fact and conclusions of law were stated on the record at the time of hearing.

The Court finds under Bankruptcy Code section 523 (a)(2) that Michael J. Schneider committed actual fraud and finds under Bankruptcy Code section 523 (a)(6) that Michael Schneider committed willful and malicious injury.

IT IS THEREFORE ORDERED, ADJUDICATED AND DECREED that plaintiff Saeed Fazeli is entitled to a non-dischargeable judgment against Michael J. Schneider in the amount of six million eight hundred seventy-seven thousand dollars ($6,877.000.00).

JUDGMENT IS SO ORDERED

End of Order

Fazeli\Pld\Bankrupt\Adversar\Judgment.c15

| | | |
|---|---|---|
| 1 | court service list (parties who are not e-filers) | |
| 2 | | |
| 3 | <u>Attorney / Legal document</u> | <u>Attorney / Legal document</u> |
|   | HDSP | Michael J. Schneider |
| 4 | c/o Michael J. Schneider/G-06608 | La Palma C.C. |
|   | A3 103 | c/o M. Schneider/G-06608/AC-112 |
| 5 | P.O. Box 3030 | 550 N. La Palma Road |
|   | Susanville, CA 96127-3030 | Eloy, AZ 85131 |

In Re Schneider; US Bk Ct. ND Cal, SJ no.06-50441; A.P. No. 09-5109
Judgment on adversarial complaint 09-5109