# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−5 | User: knitzel | | Date Created: 3/1/2012 |
| Case: 09−05109 | Form ID: pdfeoapc | | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| | HDSP c/o Michael J. Schneider/G−06608 | A3 103 | P.O. Box 3030 | Susanville, ca 96127−3030 |
| | Michael J. Schneider La Palma C.C. | c/o M. Schneider/G−06608/AC−112 | 550 N. La Palma Road | Eloy, ca 85131 |

TOTAL: 3